IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| *In re:* | CHAPTER 11 |
| MARITIME COMMUNICATIONS/, LAND MOBILE LLC<br>    Debtor. | CASE NO. 11-13463-DWH |

## NOTICE OF APPEAL
### (Dkt. #769)

Warren Havens, Skybridge Spectrum Foundation, Verde Systems LLC (formerly called Telesaurus, VPC LLC), Environmental LLC (formerly called AMTS Consortium LLC), Intelligent Transportation & Monitoring LLC, and Telesaurus Holdings GB LLC (collectively, "SkyTel"), creditors, objectors, and parties-in-interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), appeal under 28 U.S.C. § 158(a) from the *Order (Questar Market Resources, Inc.)* **[Dkt. #769]** of the Honorable David W. Houston entered in the Bankruptcy Case on October 31, 2012.

Contemporaneously with the filing of this Notice of Appeal, SkyTel has also filed Notices of Appeal with respect to the following Orders which were also entered by the Bankruptcy Court on October 31, 2012 and which arose from the same hearing: (i) *Order (Shenandoah Valley Electric Cooperative)* **[Dkt. #767]**; (ii) *Order (Jackson County Rural Electric Membership Corporation)* **[Dkt. #770]**; (iii) *Order (Encana Oil & Gas (USA) Inc.)* **[Dkt. #772]**; and (iv) *Order (DuQuesne Light Co.)* **[Dkt. #773]**.

The names of all parties to the Order appealed from and, where applicable, the names, addresses, and telephone numbers of their respective counsel are as follows:

**Maritime Communications/Land Mobile LLC**
Counsel:
Craig M. Geno
Craig M. Geno, PLLC
Post Office Box 3380
Ridgeland, MS 39158-3380
Tel: 601-427-0048

**Questar Market Resources, Inc.**
c/o M.L. Owen
P.O. Box 45601
Salt Lake City, Utah 84145-0601
[no counsel has appeared]

**Official Committee of Unsecured Creditors of Maritime Communications/Land Mobile LLC**
Counsel:
Derek F. Meek
Marc P. Solomon
Burr & Forman LLP
420 North 20th Street , Suite 3400
Birmingham, AL 35203
Tel: 205-251-3000

**SkyTel**
Counsel:
William H. Leech
Danny E. Ruhl
Sarah B. Wilson
Christopher Meredith
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse Building, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Tel: 601-856-7200

**Assistant United States Trustee**
Sammye S. Tharp
501 East Court Street, Suite 6-430
Jackson MS 39201
Tel: 601-965-4142

THIS the 13th day of November, 2012.

        Respectfully submitted,

        **WARREN HAVENS, SKYBRIDGE SPECTRUM FOUNDATION, VERDE SYSTEMS LLC, ENVIRONMENTAL LLC, INTELLIGENT TRANSPORTATION & MONITORING LLC, and TELESAURUS HOLDINGS GB LLC**

        By: /s/ William H. Leech
         William H. Leech, MBN 1175
         Danny E. Ruhl, MBN 101576
         Sarah Beth Wilson, MBN 103650
         Christopher H. Meredith, MSN 103656
         Their Attorneys

OF COUNSEL:
**COPELAND, COOK, TAYLOR & BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
druhl@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing Notice of Appeal to be filed via the Court's Electronic Case Filing System, which caused a copy to be served on all counsel and parties of record who have consented to receive ECF notification, including the following:

| | |
|---|---|
| Craig M. Geno, Esq. | Office of the U.S. Trustee |
| cmgeno@cmgenolaw.com | USTPRegion05.AB.ECF@usdoj.gov |
| | Sammye.S.Tharp@usdoj.gov |
| | |
| Derek Meek, Esq. | |
| dmeek@burr.com | |

I hereby further certify that I have this day caused the foregoing Notice of Appeal to be served on Questar Market Resources, Inc. by U.S. Mail, postage prepaid, at the address listed hereinabove.

**THIS** the 13th day of November, 2012.

/s/ William H. Leech
Of Counsel